**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 05-6127

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WALTER JACOB DAVIS, a/k/a Marcus Swanson,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (CA-94-73-5-1-F)

_____

Submitted:  May 19, 2005              Decided:  May 25, 2005

_____

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Walter Jacob Davis, Appellant Pro Se.  Christine Witcover Dean, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Walter Jacob Davis appeals the district court's order denying his motion to reconsider prior orders denying relief on his 28 U.S.C. § 2255 (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Davis, No. CA-94-73-5-1-F (E.D.N.C. filed Oct. 20, 2004 & entered Oct. 21, 2004; filed Nov. 24, 2004 & entered Dec. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED